# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY DWAYNE GEORGE, II

NO. 2026 KW 0407

**JUNE 11, 2026**

---

In Re:   Terry Dwayne George, II, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 24-FELN-048106.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT